NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**VIDSTREAM LLC,**
*Plaintiff-Appellee*

v.

**TWITTER, INC.,**
*Defendant-Appellant*

---

2026-1271

---

**VIDSTREAM LLC,**
*Plaintiff-Appellant*

v.

**TWITTER, INC.,**
*Defendant-Appellee*

---

2026-1278

---

Appeals from the United States District Court for the Northern District of Texas in No. 3:16-cv-00764-N, Judge David C. Godbey.

---

2                                  VIDSTREAM LLC v. TWITTER, INC.

## O R D E R

The parties having so agreed, it is ordered that:

(1) The cross-appeal, 2026-1287, is DISMISSED under Fed. R. App. P. 42 (b).

(2) The revised official caption for the remaining appeal, 2026-1271, is reflected in this order.

(3) Each side shall bear their own costs as to 2026-1287.

FOR THE COURT

May 18, 2026
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE** (as to 2026-1287 only)**:** May 18, 2026